# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK WELLS,<br><br>Defendant. | CASE NO. 1:22-cr-00005<br><br>Magistrate Judge Stephanie K. Bowman<br><br>INFORMATION<br><br>18 U. S. C. § 111<br><br>(MISDEMEANOR) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### (Impeding Federal Officers or Employees)

1. The defendant, **MARK WELLS**, is a resident of the Southern District of Ohio and engages in online sales of supplements, including powder supplements.

2. On or about February 12, 2019, **MARK WELLS** sold a product called MK-677 to an online customer. Subsequently, in February 2019, the online customer sought to return the MK-677, a powder product, from "Dr. Jekyll Labs" to the seller, defendant **MARK WELLS**.

3. On or about February 23, 2019, **MARK WELLS** directed the customer to "return" the MK-677 powdered product to "Officer L.T. Durden" at an address in Chicago, Illinois. The address that **MARK WELLS** provided was not **MARK WELLS'** address, but rather was the address for the Chicago office of the FBI.

4. On or about February 26, 2019, this package of powder was received in the FBI Chicago office. This directed mailing of powder by **MARK WELLS** to the FBI-Chicago office caused a hazardous material response and disrupted the operations of the office.

5. On or about February 23 and continuing to on or about February 27, 2019, in the Southern District of Ohio, the defendant, **MARK WELLS**, knowingly and intentionally directed the delivery of a package of powder to the FBI office Chicago, Illinois and, in doing so, forcibly impeded and interfered with FBI personnel while engaged in the performance of their official duties.

**In violation of 18 U.S.C. § 111(a)(1).**

KENNETH L. PARKER
UNITED STATES ATTORNEY

*[signature]*
TIMOTHY MANGAN
Assistant United States Attorney

EG